In re Petition for DISCIPLINARY AC-
TION AGAINST Patti Jo JENSEN, a
Minnesota Attorney, Registration No.
171347.

No. A12–2087.

Supreme Court of Minnesota.

Feb. 25, 2013.

ORDER

By order filed on January 10, 2013, we suspended respondent Patti Jo Jensen from the practice of law for a minimum of 30 days, effective 14 days from the date of the filing of the order. Respondent has filed an affidavit seeking reinstatement in which she stated that she has fully complied with the terms of the suspension order, except for successful completion of the professional responsibility portion of the state bar examination. The Director of the Office of Lawyers Professional Responsibility does not oppose the request.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Respondent Patti Jo Jensen is conditionally reinstated to the practice of law in the State of Minnesota, effective February 25, 2013, subject to her successful completion of the professional responsibility portion of the state bar examination; and

2. By January 10, 2014, respondent shall comply with Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR), by filing with the Clerk of Appellate Courts and serving upon the Director proof of respondent's successful completion of the professional responsibility portion of the state bar examination. Failure to do so shall result in automatic re-suspension pending proof of successful completion of the examination, pursuant to Rule 18(e)(3), RLPR.

BY THE COURT:

/s/————————————
Alan C. Page
Associate Justice